# CRIMINAL COMPLAINT

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Guy Tamsut<br>DOB: xx/xx/1985; Israeli Citizen; A 79 658 207 | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>07-07580M |
| Complaint for violation of Title 8 | United States Code § 1326(a) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** On or about January 1, 2007, at or near Nogales, in the District of Arizona, **Guy Tamsut**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Lukeville, Arizona on October 26, 2006, and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326.

**Count 2:** On or about January 1, 2007, at or near Nogales, in the District of Arizona, **Guy Tamsut**, an alien, did unlawfully enter the United States of America from the Republic of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Guy Tamsut** is a citizen of Israel. On October 26, 2006, **Guy Tamsut** was lawfully denied admission, excluded, deported, and removed from the United States through Lukeville, Arizona. On January 1, 2007, agents found **Guy Tamsut** in the United States at or near Nogales, Arizona. **Guy Tamsut** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, as evidenced from his illegal presence in the United States, **Guy Tamsut** entered the United States from the Republic of Mexico at a time and place other than as designated by Immigration Officers of the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA Beverly Anderson | SIGNATURE OF COMPLAINANT (official title)<br>OFFICIAL TITLE<br>Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE<br><sup>1)</sup> See Federal rules of Criminal Procedure Rules 3 and 54 | DATE<br>January 3, 2007 |